Aug 8, 05

To: The Clerk of the United State District Court

I am willing to pay the Fileing Fee But as you can see by these papers I am submitting I am disable so. My Answer too the Discrimination Complaint Should Stand up in this Court.

Sincerly Vernon S Rivet Sr

Vernon S Rivet Jr.

A total of 4 copies different Adresses all recieved. This is and on going Act of Discrimination. By Greg Haladyna And is Defending the Persons who deystroyed My Father's Will.

THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

July 29, 2005

Mr. Vernon S. Rivet Jr.
P.O. Box 69
N. Billerica, MA 01862

Dear Mr. Rivet:

   Thank you for contacting the Office of the Attorney General. Your complaints against the Massachusetts Board of Health, the Billerica Police Department, the town of Billerica, the Lowell District Court and Peter Foley were referred to an Assistant Attorney General in the Civil Rights Division for a response. After review of your complaints, I regret that we will be unable to pursue this matter.

   In regards to your complaints against numerous medical facilities in the state, you may wish to file a complaint with the Massachusetts Department of Public Health, Division of Health Care Quality which is located at 10 West Street, 5th Floor, Boston, MA 02111 and can be reached at (617) 753-8000.

   As to your complaints against the Billerica Police Department please be advised that this office has no authority to discipline officers of your local police department since they are under the control of their respective municipalities. If you desire further assistance, you may wish to file a written complaint directly to the Chief of Police in Billerica, requesting an internal investigation. The Billerica Police Department is located at 6 Good St., Billerica, MA 01821 and can be reached at (978) 671-0900. You may also wish to contact the Billerica Board of Selectmen at (978) 671-0939. Their office is located at 365 Boston Rd, Billerica, MA 01821.

   Concerning your complaint against the Lowell District Court, in regard to the return of bail money, please understand that we have no power to intervene or reverse a decision made by the courts. We do not have jurisdiction over such agencies. We encourage you to follow up with the court about the situation and proceed through their appeal process.

   Regarding your complaint against the town of Billerica and Peter Foley, please be advised that this office represents the Commonwealth of Massachusetts, and the statutes governing the Office of the Attorney General prevent us from providing legal representation for private individual causes of action. It is our opinion that the questions you have raised in connection with your case can best be addressed by a private attorney. If you are in need of a referral to an attorney, the Massachusetts Bar Association Referral Service can be reached at (617) 654-0400. It is located at 20 West Street, Boston, MA 02111.

   I regret that we cannot further assist you in this matter and thank you again for contacting the Office of the Attorney General.

Sincerely,

Michael Fleischer
Paralegal
Civil Rights Division

Oct 6, 04

Commonwealth of Massachusetts
The Trial Court
Probate and Family Court Department

Middlesex, ss.                                                Docket No. 04E0089-PP

In the Matter of

Patricia A. Travaglia and Deborah L. Rivet vs. Vernon S. Rivet, Jr.

## APPOINTMENT OF GUARDIAN *AD LITEM*

FROM LIST:    ☒ Yes    ☐ No    ☐ not applicable, candidate selected by agreement of parties

SUCCESSIVE:   ☒ Yes    ☐ No    ☐ not applicable, candidate selected by agreement of parties

Whereas in the matter of __Patricia A. Travaglia and Deborah L. Rivet vs. Vernon S. Rivet, Jr.__ it appears that

__Vernon S. Rivet, Jr.__ is —x̶x̶x̶x̶— a person(s) under disability — there are persons not ascertained or not in being who are or may become interested in this case, therefore

__Judith K. Wyman, Esq.__ of

__Murtha, Cullina Roche, Carrens & DeGiacomo, 99 High St., 20th Floor,__ in the County of __Boston, Massachusetts 02110__

__Suffolk__ is hereby appointed to act as guardian *ad litem*/next friend for such person(s) to represnt h̶i̶s̶— her— t̶h̶e̶i̶r̶ interests in said case.

The guardian ad litem shall be paid by:    ☒  from the interest of Vernon S. Rivet, Jr.
                                          ☐  the Commonwealth of Massachusetts. _____ hours are authorized with leave to request more by motion, if necessary.

Date: 9-13-04

Justice of the Probate and Family Court
Edward J. Rockett

I hereby accept the above appointment. **For all appointments made after 7/1/2000:** I understand that, pursuant to Supreme Judicial Court Rule 1:07(7) no payment shall be made to or received by me from any source on account of this appointment until I have filed the required certification with the court. I certify that I have filed all of the fee reports required by that rule for payments made to me in the fiscal year previous to this fiscal year. **For Commonwealth paid only:** I acknowledge receipt of Fiscal Year 1997 Memo #14 of the Chief Justice for Administration and Management with the Certificate of Services Form and Instructions.

_____
Signature

Middlesex, ss.                                                                  , 20____

Personally appeared the above named _____ and made oath that s(he) would faithfully and _____

_____
Notary Public

Having fully examined and considered the matter of _____

I hereby — assent — object — to the _____

Date: _____

_____
Guardian Ad Litem/Next Friend

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                             PROBATE AND FAMILY COURT
                                           DOCKET NO. 04E 0089 PP

PATRICIA A. TRAVAGLIA          )
and DEBORAH L. RIVET           )
           Petitioners         )
                               )
v.                             ) PETITIONERS MOTION FOR APPOINTMENT
                               ) OF GUARDIAN AD LITEM
VERNON S. RIVET, JR            )
           Respondent          )

Now come PATRICIA A. TRAVAGLIA and DEBORAH L. RIVET, Petitioners in the above-matter, and respectfully move that this Honorable Court appoint a Guardian Ad Litem for the Respondent Vernon S. Rivet, Jr.

As grounds therefore, Petitioners are informed and believe that the Respondent Vernon Rivet, Jr. is in custody at the Westborough State Hospital as the result of an Order of Civil Commitment pursuant to GL c.123 §7 and 8, issued by Westborough District Court, Docket No. 0467 MH 0014.

The within action is a Petition to Partition real estate that the Petitioners, sisters, and the Respondent, their brother, inherited from their late father, Vernon S. Rivet. Petitioners wish to sell the property and Respondent refuses to do so. As a result of the Respondent's civil commitment, the Petitioners believe that a Guardian Ad Litem should be appointed to evaluate and report to the Court on the mental condition of the Respondent and otherwise protect the Respondent's rights.

Respectfully Submitted,
Petitioners By Their Attorney

Middlesex, SS  SEP 1 3 2004
The Above Motion is Hereby
Allowed - Denied
                  (8)
Justice of Probate

Gregg S. Haladyna, Esquire
56 Central Square
Chelmsford, MA 01824
(978) 256-8115
BBO #547254

FILED SEP 1 3 2004

**Commonwealth of Massachusetts**
**The Trial Court**
**Probate and Family Court Department**

__Middlesex__ Division

~~Temporary~~ Order

Docket No. __04E 0089__ PP

_____Patricia A. Travaglia_____, Plaintiff
and Deborah L. Rivet   v.

_____Vernon S. Rivet, Jr._____, Defendant

Pending a hearing on the merits or until further order of the court, it is ordered that:

1) ☐ ~~plaintiff/defendant be and hereby is prohibited from imposing any restraint on the personal liberty of plaintiff/defendant~~

2) ☐ plaintiff/defendant have the care and custody of _____

the minor child _____ of the parties

3) ☐ plaintiff/defendant be given the following visitation right(s): _____

4) ☐ plaintiff/defendant pay to his/her spouse the sum of _____ forthwith and the further sum of _____ on each and every _____ hereafter, beginning on _____, for his/her support and that of the minor child _____

5) ☐ said payments to be made to the Probation Department and forwarded to the Department of Public Welfare/the plaintiff/defendant/the applicable city or town of _____

6) ☐ the parties shall comply with a stipulation or agreement of the parties dated _____ which is filed with the Court and expressly made a part of this order

7) ☐ plaintiff/defendant pay reasonable medical, dental and hospital expenses of his/her spouse and minor child _____ and maintain existing medical and hospital insurance

8) ☐ plaintiff/defendant vacate the marital home at _____
(Street and No.)   (City or Town)   (Zip)
~~for a period of _____ day(s) commencing on _____~~

9) ☒ The parties are granted thirty (30) days within which to enter into an agreement to sell the subject property to the Conservation Commission. If there is no agreement to sell said property, then the Court shall appoint a Commissioner to sell the property.

Date __JULY 20, 2005__

JUSTICE OF THE PROBATE AND FAMILY COURT
Edard J. Rocke



# GREGG S. HALADYNA
### ATTORNEY AT LAW
56 CENTRAL SQUARE
CHELMSFORD, MA 01824
(978) 256-8115

August 4, 2005

FAX NO. (978) 244-0446

Vernon S. Rivet, Jr.
85 R Acton Road
Westford, MA 01886

RE: NO TRESPASSING NOTICE
   Patricia and Joseph Travaglia
   36 Clover Hill Drive – Chelmsford, Massachusetts 01824

Dear Mr. Rivet:

As you are aware, I represent your sister and brother-in-law, Patricia and Joseph Travaglia, the owners and occupants of the above-property.

Please be advised that you are no longer welcome upon any portion of the Travaglia property at 36 Clover Hill Drive in Chelmsford, Massachusetts. If you attempt to enter the premises, you will be considered a trespasser and the police will be notified.

Sincerely,

Gregg S. Haladyna, Esquire

GSH:amm
cc: Mr. and Mrs. Joseph Travaglia
    Chelmsford Police Department

**Sent via Certified Mail No. 7004 1160 0002 9349 3537**

United States Postal Service
**Sorry We Missed You! We R Deliver for You**

Today's Date: 8-5-05
Sender's Name:

Item is at:
___ Post Office (See back)

Available for Pick-up After
Date:    Time:

We will redeliver or you or your agent can pick up. See reverse.
☐ If checked, you or your agent must be present at time of delivery to sign for Item

✓ Letter
___ Large envelope, magazine, catalog, etc.
___ Parcel
___ Restricted Delivery
___ Perishable Item
___ Other:

**For Delivery:** (Enter total number of items delivered by service type)
**For Notice Left:** (Check applicable item)
___ Express Mail (We will attempt to deliver on the next delivery day unless you instruct the post office to hold it.)
✓ Certified
___ Recorded Delivery
___ Firm Bill
___ Registered
___ Insured
___ Return Receipt for Merchandise
___ Delivery Confirmation
___ Signature Confirmation

Article Number(s)
7004 1160 0002 9345 3537

**Notice Left Section**
Customer Name and Address
U.S. RUGT JR.
85 R Afton Rd

Delivered By and Date

Article Requiring Payment
☐ Postage Due  ☐ COD  ☐ Customs   $
☐ **Final Notice:** Article will be returned to sender on

Delivery Notice/Reminder/Receipt

PS Form **3849**, November 1999

---

We will redeliver OR you or your agent can pick up your mail at the post office. (Bring this form and proper ID. If your agent will pick up, sign below in item 2, and enter agent's name here):

1. a. Check all that apply in section 3;
   b. Sign in section 2 below;
   c. Leave this notice where the carrier can see it.

WESTFORD POST OFFICE
301 LITTLETON RD
WESTFORD MA 01886-9998
M-F 8:00-5:00 SAT 8:30-12:00
1-978-692-3756

2. Sign Here to Authorize Redelivery or to Authorize an Agent to Sign for You:

**Delivery Section**

3. ☐ Redeliver (Enter day of week):

Signature
X

(Allow at least two delivery days for redelivery, or call your post office to arrange delivery.)
☐ Leave item at my address

Printed Name

Delivery Address
85 R. Afton Rd

(Specify where to leave. Example: "porch", "side door". This option is not available if box is checked on the front requiring your signature at time of delivery.)
☐ Refused  ☐ Forward  ☐ Return

USPS

5293 0142 2178 4369

PS Form **3849**, November 1999 (Reverse)




GREGG S. HALADYNA
ATTORNEY AT LAW
56 CENTRAL SQUARE
CHELMSFORD, MA 01824

7004 1160 0002 9349 3544

Vernon S. Rivet, Jr.
c/o Landry's Automotive
371 Acton Road
Chelmsford, MA 01824






GREGG S. HALADYNA
ATTORNEY AT LAW
56 CENTRAL SQUARE
CHELMSFORD, MA 01824

CERTIFIED MAIL

7004 1160 0002 9349 3537

Vernon S. Rivet, Jr.
85 R Acton Road
Westford, MA 01886






GREGG S. HALADYNA
ATTORNEY AT LAW
56 CENTRAL SQUARE
CHELMSFORD, MA 01824

Vernon S. Rivet, Jr.
85 R Acton Road
Westford, MA 01886

01886+3911

GREGG S. HALADYNA
ATTORNEY AT LAW
56 CENTRAL SQUARE
CHELMSFORD, MA 01824

Vernon S. Rivet, Jr.
P. O. Box 69
North Billerica, MA 01862

01862-0069