4/4/06

Motion to Appoint Counsel
For Vernon Rivet Jr.
Who is Indigent because of
the Action Mentioned.

Rivet v. Town of Billerica

Case No. 1:05-cv-11620

FILED
IN CLERKS OFFICE
2006 APR -4 P 4:42
U.S. DISTRICT COURT
DISTRICT OF MASS.

Vernon S Rivet Jr.