UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 APR -4 P 4:42

U.S. DISTRICT COURT
DISTRICT OF MASS.

Rivet Vernon Jr.

V.

Town of Billerica et al
· Jack's Used Auto Parts

CASE NO. 1:05-cv-11620WGY

R.I.C.O.

## NOTICE OF APPEAL

Notice is hereby given that __Vernon Rivet__ above named, hereby appeals from the __R.I.C.O. Act.__ entered in the above entitled action on __Town of Billerica. and Jack's Used Auto Parts__

By the Court,

4/4/06
Date

_Vernon S. Rivet Jr._
Deputy Clerk

(Notice of Appeal.wpd - 12/98)    [app., kdapp., kgapp., kcust

Note: EPA, DeqE, PeP, cannot stop Pollution.

Reason For Appeal                                                    4/4/06

The Town and the Officials still
engaged in a R.I.C.O. Act A
I Feel they let my Neighbors
Used Auto Parts. Run their Business into
Wet Lands, Because of Lower Courts
Actions, Court states it can not stop
this Action. So I Am here today to
try and stop. Said Action. As of
2006 The Case of the Building Inspector
Milton Kinney and the Town. John G. Gannon
Attorney for the Town. Along with Billerica
Police, Town Manager Roco Longo, Mike Rosa
Kathy Matos, Ellen Rawlings, Mark Lambavo,
Engineer Dept. Have Fail miserably in their Duty
of Equality, an Act of Prejudice Has been
Performed, Against Me on my property.
   Mary Ellen Cuthbert was my Court Appointed
Attorney For Lowell District Court.
978-250-1270 I did not recieve
Paper on Why Case Was Dissmissed this
Harassment Has been Going on Since 1989