Affidavit to Accompany
Motion for Leave to Appeal in Forma Pauperis

FILED
IN CLERKS OFFICE
2006 APR -4 P 4: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

District Court No. 1:05-CV-11620 WGY
Appeal No. _____

Rivet v. Town of Billerica Et al
Jack's Used Auto Parts

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)  Signed: _____ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.  Date: _____ |

My issues on appeal are: A RICO Act Has Been Performed I Could not Access My Property from August 98 thru 3rd Week October 2001 Then Town said Clean up Mess. While Neighbor Jack's Used Auto Was Messing it up

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ ____ | $ ____ | $ ____ |
| Self-employment | $ 0 | $ ____ | $ ____ | $ ____ |
| Income from real property (such as rental income) | $ 0 | $ ____ | $ ____ | $ ____ |
| Interest and dividends | $ 0 | $ ____ | $ ____ | $ ____ |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 0 | $ | $ | $ |
| Alimony | $ 0 | $ | $ | $ |
| Child support | $ 0 | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance | $720.22 | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ | $ |
| Unemployment payments | $ 0 | $ | $ | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ | $ |
| Other (specify): Food Stamps | $ 99.00 | $ | $ | $ |
| Total Monthly income: | $ 819.22 | $ | $ | $ |

SSI + Food Stamp

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| 0 | | | |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| 0 | | | |

2

4.  *How much cash do you and your spouse have?* $_____

    Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| 0 | | yes Not Sold | | Make & year: | |
| | | | | Model: | |
| | | | | Registration#: | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: 1988 | | $1.00 | | | |
| Model: Lincoln | | | | | |
| Registration#: | | | | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

7. *State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 700.00 | $ |
| Are any real estate taxes included? ☐ Yes ☒ No | | |
| Is property insurance included? ☐ Yes ☒ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 0 | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food  Stamps | $ 99.00 | $ |
| Clothing | $ 0 | $ |
| Laundry and dry-cleaning | $ 0 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0 | $ |
|    Homeowner's or renter's | $ 0 | $ |
|    Life | $ 0 | $ |
|    Health | $ 0 | $ |
|    Motor Vehicle | $ 1.00 | $ |
|    Other: _____ | $ 0 | $ |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): _____ | $ 0 | $ |
| Installment payments | | $ |
| | | $ |
|    Motor Vehicle | $ 0 | $ |
|    Credit card (name): _____ | $ 0 | $ |
|    Department store (name): _____ | $ 0 | $ |

4

| | | |
|---|---|---|
| Other: _____ | $ 0 | $ _____ |
| Alimony, maintenance, and support paid to others | $ 0 | $ _____ |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ 0 | $ _____ |
| Other (specify): _____ | $ 0 | $ _____ |
| Total monthly expenses: | $ _____ | $ _____ |

*9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
☒ Yes  ☐ No          If yes, describe on an attached sheet.

Selling or Lease of Property in Question

*10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* ☐ Yes  ☐ No

If yes, how much? $ Unknown

If yes, state the attorney's name, address, and telephone number:
_____
_____
_____

*11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☒ Yes  ☐ No     Contingence Basis.

If yes, how much? $ _____

If yes, state the person's name, address, and telephone number:
_____
_____
_____

*12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

I Am Broke Because of peoples Actions Against Me And I Would Like Compensation Loss of Business. Pain And Suffering, Loss of Family Loss of Pride of Being an American My Father Was 1/3 American Indian he should of Done More

5

*13. State the address of your legal residence.*
~~804 Chestnut St~~ 85R Acton Rd
E Westford Ma 01886
Your daytime phone number: (978) 692-7328 Leave Message
Your age: 55   Your years of schooling: 12

978-256-9855 Leave Message

Vern Rivet Stoped by to Find out what Has there been anything Done about Jack's tresspassing on My Property and the taking of Timber. And I am Leaving a copy of a Newspaper Clipping Pointing Out that I AM an Environmentalist, According too Federal Lawyer I can not Stop Jack's From Polluting the property in Question Because it is listed in Probate Court that No One Owns it. So Today I am Asking the Town to Do Something About it.

Vernon Rivet
3/27/06

FILED IN CLERKS OFFICE 2006 APR -4 P 4:42 U.S. DISTRICT COURT DISTRICT OF MASS.