UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11620

Rivet Vernon Jr.

v.

Town of Billerica, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-6

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/4/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 4, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 5/4/06 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-11620-WGY

Rivet v. Town of Billerica et al
Assigned to: Judge William G. Young
Cause: 42:1983 Civil Rights Act

Date Filed: 07/26/2005
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**Vernon S. Rivet, Jr.**    represented by    **Vernon S. Rivet, Jr.**
Town Farm Lane
P.O. Box 69
No. Billerica, MA 01862
PRO SE

V.

**Defendant**

**Town of Billerica**

**Defendant**

**Commonwealth of Massachusetts**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Vernon S. Rivet, Jr.(Jenness, Susan) (Entered: 08/04/2005) |
| 07/26/2005 | 2 | COMPLAINT against Town of Billerica, Commonwealth of Massachusetts Filing fee: $ 0.00, receipt number 0.00, filed by Vernon S. Rivet, Jr. (Attachments: # 1 Civil Cover Sheet) (Jenness, Susan) (Entered: 08/04/2005) |
| 07/26/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Jenness, Susan) (Entered: 08/04/2005) |

| | | |
|---|---|---|
| 08/09/2005 | 3 | Letter from Vernon Rivet. (Attachments: # 1 Attachments) (Bell, Marie) (Entered: 08/10/2005) |
| 08/22/2005 | | Judge William G. Young : Electronic ORDER entered. re 2 Complaint filed by Vernon S. Rivet, Jr.. THE PLAINTIFF HAVING FAILED TO STATE A CAUSE OF ACTION, CASE DISMISSED. cc/cl.(Bell, Marie) (Entered: 08/22/2005) |
| 08/22/2005 | | Civil Case Terminated. (Bell, Marie) (Entered: 08/22/2005) |
| 04/04/2006 | 4 | MOTION to Appoint Counsel by Vernon S. Rivet, Jr.(Paine, Matthew) (Entered: 04/05/2006) |
| 04/04/2006 | 5 | NOTICE OF APPEAL by Vernon S. Rivet, Jr. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/24/2006. (Paine, Matthew) (Entered: 04/05/2006) |
| 04/04/2006 | 6 | MOTION for Leave to Appeal in forma pauperis by Vernon S. Rivet, Jr.(Paine, Matthew) (Entered: 04/05/2006) |
| 04/07/2006 | | Judge William G. Young : Electronic ORDER entered DENYING 4 Motion to Appoint Counsel and GRANTING 6 Motion for Leave to Appeal in forma pauperis. (Paine, Matthew) (Entered: 04/07/2006) |