**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 06-1740

VERNON S. RIVET, JR.,

Plaintiff, Appellant,

v.

TOWN OF BILLERICA, ET AL.,

Defendants, Appellees.

Before

Boudin, <u>Chief Judge</u>,
Torruella and Howard, <u>Circuit Judges</u>.

**JUDGMENT**
**Entered: July 19, 2006**

   Invoking Federal Rule of Appellate Procedure 4(a)(6), appellant argues that his appeal is timely because he did not receive notice of the order dismissing his appeal until April 5, 2006 and his notice of appeal was filed on April 4, 2006. Appellant's reliance on Rule 4(a)(6) is misplaced. That rule requires an appellant to file a motion with the district court within the time limits specified in Fed. R. App. P. 4(a)(6)(B) and to satisfy the rule's other requirements. Here, however, no motion was filed with the district court.

   Because no timely notice of appeal was filed, this appeal is <u>dismissed</u>.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

[signature]
Deputy Clerk
Date: 8/9/06

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER
By:_____
     Chief Deputy Clerk.

[cc: Vernon S. Rivet, Thomas Reilly, AG]